**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**LISA MURPHY,**                                                                                         **PLAINTIFF**
**ADC #760343**

**v.**                   **CASE NO. 1:11CV00012 BSM/JTK**

**PRATT, Medical Administrator et al.**                                                      **DEFENDANTS**

## ORDER

Plaintiff's motion to dismiss her complaint against defendants [Doc. No. 4] is granted.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 8th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE