**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**LISA MURPHY,**                                                                        **PLAINTIFF**
**ADC #760343**

**v.**                          **CASE NO. 1:11CV00012 BSM/JTK**

**PRATT, Medical Administrator et al.**                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered today, this case is hereby dismissed without prejudice,

and the relief sought is denied.

Dated this 8th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE